BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, CA 94105-1545
      Telephone:  (415) 977-8930
      Facsimile:  (415) 744-0134
      E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| KIM IRENE HOLADAY, ) | Case No. 2:14-cv-01870-KJN |
| ) | |
|     Plaintiff, ) | AMENDED STIPULATION AND |
|   v. ) | ~~PROPOSED~~ ORDER FOR |
| ) | EXTENSION OF TIME |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

    The parties, through their respective counsel, stipulate that the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment should be extended from July 31, 2015 to August 31, 2015.

//

//

This is Defendant's first request for an extension of time to respond to Plaintiff's Motion for Summary Judgment. Defendant needs the additional time to confer with the client and accommodate counsel's leave schedule. Plaintiff does not object and agrees that all subsequent filing deadlines should be extended accordingly.

Respectfully submitted,

Dated: July 31, 2015   /s/ Robert C. Weems*
ROBERT C. WEEMS
Attorney for Plaintiff Kim I. Holaday
(*Authorized via Email on 07/31/15)

Dated: July 31, 2015   BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Donna W. Anderson
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

Dated: August 3, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE